UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lois Sciandra<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>Borough of East Rutherford, et al.<br><br>　　　　　Defendants. | Civ. Action No. 17-6469 (JMV)<br><br><br><br><br>**Order for dismissal<br>Pursuant to F.R. Civ. P. 4(m)** |

**John Michael Vazquez, U.S.D.J.**

　　　　It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

　　　　It is on this 27th day of December, 2017,

　　　　**O R D E R E D** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

　　　　　　　　　　　　　　　　　　　　/s/ John Michael Vazquez
　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.